KTF:RWN
F. #2023R00778

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

MAHWANGA CAMPBELL,

     also known as "MAHWANGA
     ELIJAH SOLO CAMPBELL"
     and "ELIJAH CAMPBELL,"

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

C O M P L A I N T   A N D
A F F I D A V I T   I N   S U P P O R T
O F   A N   A P P L I C A T I O N   F O R
<u>A N   A R R E S T   W A R R A N T</u>

(18 U.S.C. §§ 2114(a) and 2)

Case No. 25-MJ-45

EASTERN DISTRICT OF NEW YORK, SS:

       STEVEN HE, being duly sworn, deposes and states that he is a Postal Inspector

with the United States Postal Inspection Service ("USPIS"), duly appointed according to law and

acting as such.

       On or about September 2, 2023, within the Eastern District of New York and

elsewhere, the defendant MAHWANGA CAMPBELL, also known as "MAHWANGA ELIJAH

SOLO CAMPBELL" and "ELIJAH CAMPBELL," together with others, did knowingly and

intentionally assault a person having lawful charge, control and custody of property of the United

States, to wit: a Postal Service mail carrier, with intent to rob such property, and did rob and

attempt to rob such person of such property.

       (Title 18, United States Code, Sections 2114(a) and 2)

The source of your deponent's information and the grounds for his belief are as follows[1]:

I.    Introduction and Background Information

1.    As a Postal Inspector with the USPIS since 2021, I have been involved in the investigation of numerous cases involving mail theft and related crimes. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

a.    Relay Boxes, Arrow Keys and Valuable Mail Matter

2.    To help mail carriers in completing their walking routes, the Postal Service has placed green relay boxes at intersections throughout New York City. Before a carrier starts a route, the carrier places mail into bags sorted by location. To avoid carrying all the mail bags during a shift, the carrier has a driver transport them to relay boxes along the route.

3.    Each box holds several bags, so that the carrier may keep the bulk of mail in the boxes as the carrier walks with a smaller delivery load. The carrier returns to the box to refresh the load until the bags are empty and then continues to another part of the route. Each bag may contain hundreds of mail items. These mail items may at times include cash, checks, gift cards, credit cards, documents that contain personal identification information, and official forms of identification. Such items, as well other mail items in the relay boxes, can either be of direct value to anyone who steals them, or can for valuable consideration be passed on to others (such as persons involved in identity theft or check fraud schemes).

---

[1]    Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

4.      To safeguard the items contained within them, each relay box has a lock that drivers and carriers may open with a Postal Service "arrow key," each of which has a unique serial number.  The key is so named because it bears an emblem of an arrow with the initials "U.S.P.S."  Based on my experience investigating cases and my interviews with Postal Service employees, the ordinary Postal Service practice is to keep each relay box locked and to permit only drivers and carriers to open it.

II.      The Facts of the Crime

a.   The September 2, 2023 Robbery

5.      On September 2, 2023, at approximately 10:57 a.m., a postal carrier whose identity is known to me (the "Victim"), was delivering mail in the vicinity of 110-29 Union Hall Street in Queens, New York, when he was assaulted and robbed of his arrow key.  As a result, the Victim suffered pain to his head and a cracked tooth.

6.      The robbery and its aftermath were captured on video surveillance cameras at the location of the robbery and in the surrounding area.  Based upon the review of this surveillance footage, at the aforementioned date and approximate time, a grey Ford pickup truck (the "Grey Ford") parked along the Victim's route.  As the Victim walked past the Grey Ford, two black males—one wearing a black Nike balaclava, a white t-shirt with a graphic on the front and back, and black shorts with a light-colored stripe at the bottom ("Co-Conspirator-1"), and the other wearing a white face mask, a white bandana over his head, a white tank top, and black pants ("Co-Conspirator-2")—exited from the passenger side.  Co-Conspirator-1 approached the Victim from behind, struck the Victim about the face with a closed fist, then grabbed the Victim by the waist and threw him towards the ground.  Co-Conspirator-1 then grabbed the Victim's leg while Co-Conspirator-2 took the Victim's arrow key.

b. <u>Identification of the Defendant MAHWANGA CAMPBELL as the Driver of the Grey Ford</u>

7.    A screenshot from surveillance footage showing Co-Conspirator-1 (at the far lower right) and Co-Conspirator-2 (lower center) robbing the Victim, with the Grey Ford shown at the upper left, is shown below.



8.    After robbing the Victim, Co-Conspirator-1 then reentered the rear passenger seat and Co-Conspirator-2 reentered the front passenger seat of the Grey Ford, which immediately drove away.

9.    Video surveillance cameras in the surrounding area captured the Grey Ford's path of travel after the robbery.  The video footage shows that the Grey Ford had a defective passenger side taillight with tape over it, a visible crack near the driver's side taillight, a tow hitch, and a temporary paper license plate.  As depicted on approximately ten different surveillance cameras, after the robbery, the Grey Ford drove northeast for several blocks until it

reached the vicinity of 90-23 171st Street, Jamaica, New York, where it parked behind a black Mercedes sedan (the "Black Mercedes").

10.   A video surveillance camera on 171st Street captured footage depicting two individuals exiting the Grey Ford at this location. As captured on this surveillance footage, a black male wearing a white t-shirt, dark-colored pants, and white sneakers, (the "Driver," subsequently determined to be the defendant MAHWANGA CAMPBELL, as described below), exited from the driver's seat of the Grey Ford. A black male wearing a white t-shirt and black shorts with a light-colored stripe at the bottom, consistent with the clothing worn by Co-Conspirator-1, then exited from the rear passenger seat. Screenshots from the video surveillance footage depicting the Driver (left) and Co-Conspirator-1 (right) shortly after exiting the Grey Ford are shown below. Co-Conspirator-1's black shorts with a light-colored stripe at the bottom are circled in red.

 

11.   As shown on the surveillance footage, the Driver approached Co-Conspirator-1, they appeared to have a brief conversation, then Co-Conspirator-1 entered the front passenger seat of the Grey Ford while the Driver approached the Black Mercedes. The Driver walked back and forth between the Grey Ford and the Black Mercedes multiple times, then entered the driver's seat of the Black Mercedes. Following this, another individual wearing

a blue tracksuit approached the Black Mercedes and entered the front passenger seat.  Both

vehicles then drove away, with the Grey Ford following directly behind the Black Mercedes.

12.     Afterward, approximately three blocks north and three blocks west of

90-23 171st Street, video surveillance from a Metropolitan Transit Authority ("MTA") bus

captured the Grey Ford driving directly behind the Black Mercedes.  The footage shows that the

driver of the Black Mercedes appeared to be a black male wearing a white t-shirt, consistent with

the Driver of the Grey Ford.  The Driver appeared to have a muscular build and a beard.  This is

consistent with a photograph of the defendant MAHWANGA CAMPBELL (who was later

identified as a suspect of the robbery, as described below) from a law enforcement database.  A

screenshot from the MTA bus footage depicting the Driver is shown below (left), alongside a

photograph of CAMPBELL (right).



13.     The MTA bus video also captured the license plates of both vehicles.  The

Black Mercedes had New York license plate number KZZ9901.  The Grey Ford had a temporary

paper license plate with number 5498869.

14.     Following the robbery, a witness who is familiar with the defendant MAHWANGA CAMPBELL[2] and the Black Mercedes and whose identity is known to me (the "Witness"), was shown a screenshot of the Black Mercedes from the MTA bus video.  The Witness reported that the Witness was the primary driver of the Black Mercedes with New York license plate number KZZ9901, and that CAMPBELL has also driven the Black Mercedes before.  The Witness reported that the Witness has seen CAMPBELL regularly in the past, and that on the weekend of September 3, 2023, CAMPBELL had travelled from North Carolina to New York.  The Witness also reported that the Witness knows CAMPBELL to drive a dark grey pickup truck.  The Witness provided a phone number for CAMPBELL ending in 2666 (the "CAMPBELL 2666 Number").

15.     Records maintained by the North Carolina Department of Motor Vehicles indicate that a grey Ford F150 with North Carolina license plate number JMX4945 and Vehicle Identification Number ("VIN") 1FTEW1EP8LKF13750 was registered to "MAHWANGA ELIJAH SOLO CAMPBELL," i.e., the defendant MAHWANGA CAMPBELL, at an address in Charlotte, North Carolina in 2022.  On October 31, 2023, a license plate reader in Charlotte captured images of that grey Ford F150, which depict a defective passenger side taillight with tape over it, a visible crack near the driver's side taillight, and a tow hitch—all the same features as the Grey Ford used in the robbery.  Based on these similarities, I believe that the Grey Ford used in the robbery was the grey Ford F150 registered to CAMPBELL.  A screenshot from the MTA bus video depicting the Grey Ford after the robbery (left) and the license plate reader depicting the grey Ford F150 registered to CAMPBELL (right) are shown below.

_____

[2]     The Witness referred to CAMPBELL as "ELIJAH CAMPBELL."  Records maintained by the North Carolina Department of Motor Vehicles indicate that CAMPBELL's full name is MAHWANGA ELIJAH SOLO CAMPBELL.

 

16.    In addition, I am aware based upon the review of law enforcement records and body worn camera footage that on October 13, 2023, officers with the New York City Police Department ("NYPD") observed a grey 2005 Honda Accord (the "Honda Accord") with excessive window tints and South Carolina temporary paper license plate number 5498869, and conducted a traffic stop.  NYPD officers observed the defendant MAHWANGA CAMPBELL seated in the driver's seat of the Honda Accord and determined that he had a suspended license. During a subsequent search of the Honda Accord, NYPD officers discovered a second South Carolina temporary paper license plate with the same number, 5498869 (the "South Carolina Temporary License Plate").  Both license plates were determined to be forged.  The South Carolina Temporary License Plate bore a VIN that was one digit off from the VIN of the Grey Ford, and is consistent in appearance with the temporary license plate captured on the MTA bus video.  A screenshot from the MTA bus video depicting the license plate on the Grey Ford after the robbery (top) and a screenshot of body worn camera footage depicting the South Carolina Temporary License Plate (bottom) are shown below.





17.    Records maintained by AT&T indicate that between June 28, 2023 and November 4, 2023, the CAMPBELL 2666 Number was a prepaid phone number subscribed under the name "EZ GO" at an address in Charlotte, North Carolina.  Beginning on November 4, 2023, the CAMPBELL 2666 Number was subscribed under the name "EAZY EATS" at a different address in North Carolina and was billed to the defendant MAHWANGA CAMPBELL.

18.    On May 2, 2024, the Honorable Marcia M. Henry, United States Magistrate Judge, Eastern District of New York, authorized a search warrant for historical cell-site information for the CAMPBELL 2666 Number, under Magistrate Docket Number 24-1776.  Historical cell-site information obtained pursuant to that warrant shows that on September 1, 2023, the CAMPBELL 2666 Number travelled from Charlotte, North Carolina to Yonkers, New York.  This is consistent with the Witness's account that the defendant

MAHWANGA CAMPBELL had travelled from North Carolina to New York for the weekend of September 3, 2023 (a Sunday).

19.    Historical cell-site information also shows the following:  On the morning of September 2, 2023, the CAMPBELL 2666 Number travelled to Queens, New York.  At approximately 10:59 a.m., the CAMPBELL 2666 Number was located in the vicinity where the robbery occurred.  At approximately 11:10 a.m., the CAMPBELL 2666 Number was located in the vicinity where the Driver switched cars from the Grey Ford to the Black Mercedes, as depicted on video surveillance.  At approximately 11:37 a.m. (40 minutes after the robbery), the CAMPBELL 2666 Number was located in the vicinity of the Whitestone Bridge, which connects Queens and the Bronx, at the same time that a license plate reader captured the Black Mercedes at that location.

20.    The location of the CAMPBELL 2666 Number also corresponded with the location of the Black Mercedes as depicted on license plate readers at multiple times on the evening after the robbery: entering Queens at approximately 10:30 p.m., and in the vicinity of John F. Kennedy International Airport at approximately 10:56 p.m. and 11:05 p.m.  The CAMPBELL 2666 Number left New York City on September 5, 2023, and returned to Charlotte, North Carolina on September 6, 2023.

III.    Conclusion and Request for Sealing

21.    Based on the foregoing facts, I submit that there is probable cause to believe that the defendant MAHWANGA CAMPBELL was the driver of the Grey Ford during the September 2, 2023 robbery, and that CAMPBELL, together with others, did knowingly and intentionally assault, rob, and attempt to rob the Victim.

WHEREFORE, I respectfully request that the defendant MAHWANGA

CAMPBELL be dealt with according to law. I further request that the Court order that this

application, including the affidavit and arrest warrant, be sealed until further order of the Court.

These documents discuss an ongoing criminal investigation. Disclosure of this application and

these orders would seriously jeopardize the ongoing investigation, as such a disclosure would

give the target of the investigation an opportunity to destroy evidence, harm or threaten victims

or other witnesses, change patterns of behavior, notify confederates and flee from or evade

prosecution.

_Steven He_

STEVEN HE
Postal Inspector
United States Postal Inspection Service

Sworn to before me by telephone this
11th day of February, 2025

_James R. Cho_

THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK